JS-6

FILED
CLERK, U.S. DISTRICT COURT

January 13, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK TINSLEY dba TCB SYSTEMS, | CASE NO:  CV 13-09212 SJO (MRWx) |
| Plaintiff, | **ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | Pre-Trial Date   :   January 19, 2016 |
| | Trial Date        :   January 26, 2016 |
| BCI COCA COLA BOTTLING COMPANY OF LOS ANGELES, et al., | Complaint File  :  June 27, 2013 |
| Defendants. | |

[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE

1          Based upon the Stipulation of the parties to dismiss this action with prejudice, and

2    for good cause shown, this matter is dismissed with prejudice.

3

4     IT IS SO ORDERED

5

6

7

8          January 13, 2016.
    Dated:

9                                              UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE